# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

DEMETRICE JOHNSON

NO. 2024 KW 1021

**MARCH 14, 2025**

---

In Re:    Demetrice Johnson, applying for supervisory writs, 19th
          Judicial District Court, Parish of East Baton Rouge, No.
          01-14-0526.

---

**BEFORE:    THERIOT, HESTER, AND EDWARDS, JJ.**

**WRIT DENIED.**

                                MRT
                                CHH
                                BDE

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
     FOR THE COURT